

45 Broadway, 21st Floor, New York, NY 10006
212.952.1100 • Fax: 212.952.1110
www.hcandglaw.com

*Scott L. Haworth*
*212.952.1101*
[scott.haworth@hcandglaw.com](mailto:scott.haworth@hcandglaw.com)

July 1, 2010

***VIA ECF***

Clerk of the Court
United State District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

***Re: Townes v. A.W.A. Medical Supplies, Inc., et al.***
   Docket No.: 10-cv-2064 (RJD)(JMA)

Dear Sir/Madam:

Please accept this letter as notice that the undersigned, counsel of record for defendant Aging with Attitude Medical Supplies, Inc., i/s/a "A.W.A. Medical Supplies, Inc." ("A.W.A.") in the above-referenced matter is now a member of the law offices of Haworth Coleman & Gerstman, LLC, 45 Broadway, 21st Floor, New York, New York, 10006. This case has been transferred to the law offices of Haworth Coleman & Gerstman, LLC from the law firm of Sedgwick, Detert, Moran & Arnold LLP. The undersigned will continue to represent defendant A.W.A. in this action.

Please also take notice that Nora Coleman (nora.coleman@hcandglaw.com) and Margot Wilensky (margot.wilensky@hcandglaw.com), attorneys of record previously with the law firm of Sedgwick, Detert, Moran & Arnold LLP have moved to the law offices of Haworth Coleman & Gerstman, LLC, and continue to represent the aforementioned defendant in this matter. Please change the ECF contact information for the attorneys of record.

Thank you very much for you time and attention to this matter. Should you have any questions, please do not hesitate to contact me.

Respectfully submitted,

*[signature]*

Scott L. Haworth
HAWORTH COLEMAN & GERSTMAN, LLC

*New Jersey Office:* 660 Newark Avenue, Jersey City, NJ 07306 Tel: 201.465.4180 Fax: 201.465.4182

cc: *(via ECF)*

Gary A. Lichtman
233 Broadway, Suite 1800
New York, New York 10279
(212) 384-0211
Attorney for Plaintiff

*(via regular mail)*
MRB Acquisition Corp.
851 Dunlawton Ave., Suite 202
Port Orange, Florida 32127