# MINUTE ENTRY

Docket & File

JOAN M. AZRACK, USMJ                    DATE: 7/15/10

DOCKET:  10-CV-2064 (RJD)               CASE: Townes v. A.W.A. Medical Supplies, Inc.

☐ *Docket Clerks are directed to enter the following motions prior to docketing the minute entry:*

Oral motion for _____ by _____
Oral motion for _____ by _____

☐ TELEPHONE          ☒ IN-PERSON

**CIVIL CAUSE FOR:**

☒ INITIAL CONF.   ☐ STATUS CONF.   ☐ SETTLEMENT CONF.   ☐ DISCOVERY CONF.
☐ OTHER: _____

Time in court: ☒ 15   ☐ 30   ☐ 45   ☐ 60   ☐ Other: _____

FOR PLAINTIFF: Gary Lichtman

FOR DEFENDANT: Saul Wilensky (for UScoot)
Scott Haworth (for AWA)

☒ *Docket Clerks are directed to enter the following Discovery Order(s):*

(1) Def U. Scoot to provide letter to π

(2) Δ AWA to respond to interog. re AWA relationship to π

(3) Telep conf 9/8/10 3:00.

☒ *Docket Clerks are directed to enter the following Scheduling Order(s):*
☒ Next conference on 9/8/10 3:00   ☒ Telephone   ☐ In-Person
☐ Pre-Trial Order by _____